# United States Court of Appeals
# for the Federal Circuit

———————————————

February 22, 2012

**ERRATA**

———————————————

2010-1481

ANDERSEN CORPORATION,
Plaintiff,

v.

PELLA CORPORATION,
Defendant-Appellant,

v.

W.L. GORE & ASSOCIATES, INC.,
Defendant-Appellee.

Appeal from the United States District Court for the
District of Minnesota in case no. 05-CV-0824, Senior
Judge James M. Rosenbaum.

———————————————

Decided February 10, 2012
Nonprecedential Opinion

———————————————

Please make the following change:

Page 1, correct law firm of "John T. Gallagher, of Dick,
Shapiro, LLP" to "Sills Cummis & Gross, P.C."